# UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 4

|   |   |   |
|---|---|---|
| BLUE PIPE STEEL CENTER CO., LTD., | : | |
| Plaintiff, | : | |
| v. | : | Court No. 21-00081 |
| UNITED STATES OF AMERICA | : | **SUMMONS** |
| Defendant. | : | |

**TO:** The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

Harris Bricken Sliwoski, LLP
600 Stewart Street, Suite 1200
Seattle, WA 98101
adams@harrisbricken.com
206-254-5657

/ s/  Adams C. Lee

Adams C. Lee

March 8, 2021

Date