## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

| | | |
|---|---|---|
| BLUE PIPE STEEL CENTER CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 21-81 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| WHEATLAND TUBE COMPANY, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

## DEFENDANT'S RESPONSE TO
## MOTION TO INTERVENE OF NUCOR TUBULAR PRODUCTS, INC.

Pursuant to Rule 24 of the Rules of the United States Court of International Trade, defendant, the United States, respectfully submits this response to the motion to intervene (ECF No. 12) filed by Nucor Tubular Products Inc. ("Nucor Tubular").

The United States does not oppose Nucor Tubular's motion to intervene.  This case concerns the United States Customs and Border Protection's determination in the investigation of alleged antidumping-duty evasion.  Nucor Tubular, one of the interested parties who filed the allegation of evasion, has participated in the underlying administrative proceeding.  Accordingly, Nucor Tubular may intervene as a matter of right pursuant to Rule 24(a)(2) of this Court.  *See also* 28 U.S.C. § 2631(j).

Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Acting Assistant Attorney General

                                                JEANNE E. DAVIDSON  
                                                Director

                                                /s/ Franklin E. White, Jr.  
                                                FRANKLIN E. WHITE, JR.  
                                                Assistant Director

                                                /s/ In K. Cho  
                                                IN K. CHO  
                                                Trial Attorney  
                                                United States Department of Justice  
                                                Commercial Litigation Branch  
                                                Civil Division  
                                                P.O. Box 480, Ben Franklin Station  
                                                Washington, D.C. 20044  
                                                Telephone:   (202) 616-0463  
                                                Facsimile:    (202) 305-7644  
                                                Email:        In.K.Cho@usdoj.gov

Date: April 14, 2021                                         *Attorneys for defendant*