# EAPA CASE NO. 7401 CIRCULAR WELDED STEEL PIPES AND TUBES

PUBLIC DOCUMENT INDEX

| Document Number | Date of Document | File Name | Version |
|---|---|---|---|
| 1 | 10/4/2019 | Allegers Allegation with Exhibits -Blue Pipe (7401) | Public Version |
| 2 | 10/18/2019 | TRLED Acknowledgment Properly Filed Receipt Circular Welded Carbon Steel Pipes and Tubes (7401) | Public Document |
| 3 | 10/18/2019 | TRLED Receipt Checklist Blue Pipe (7401) | Public Document |
| 4 | 10/21/2019 | DC NTAC Analysis Report and Attachments (7401) | Public Version |
| 5 | 11/8/2019 | TRLED Initiation Checklist Blue Pipe (7401) | Public Document |
| 6 | 11/8/2019 | TRLED Initiation Memo to the File (7401) | Public Document |
| 7 | 12/11/2019 | CEE-BM Query Re Blue Pipe Entries Since 10 01 19 (7401) | Public Version |
| 8 | 12/12/2019 | CEE-BM CF28 Sent to Blue Pipe Steel (7401) | Public Version |
| 9 | 1/17/2020 | CEE-BM - Entry Number [XXX-XXXX]2107 (A) Re Blue Pipe (7401) | Public Version |
| 10 | 1/17/2020 | CEE-BM - Entry Number [XXX-XXXX]2107 (B) Re Blue Pipe (7401) | Public Version |
| 11 | 1/17/2020 | CEE-BM - Entry Number [XXX-XXXX]2107 (C) Re Blue Pipe (7401) | Public Version |
| 12 | 1/17/2020 | CEE-BM - Entry Number [XXX-XXXX]7277 (A) Re Blue Pipe (7401) | Public Version |
| 13 | 1/17/2020 | CEE-BM - Entry Number [XXX-XXXX]7277 (B) Re Blue Pipe (7401) | Public Version |
| 14 | 1/17/2020 | CEE-BM - Entry Number [XXX-XXXX]7277 (C) Re Blue Pipe (7401) | Public Version |
| 15 | | Intentionally Left Blank | Public Version |
| 16 | 2/3/2020 | CEE-BM Pictures of Blue Pipe Shipments (1)[113- ]2107 (7401) | Public Version |
| 17 | 2/3/2020 | CEE-BM Pictures of Blue Pipe Shipments (2)[113-]2107 (7401) | Public Version |
| 18 | 2/3/2020 | CEE-BM Pictures of Blue Pipe Shipments (3)[113- ]2107 (7401) | Public Version |
| 19 | | Intentionally Left Blank | Public Version |
| 20 | 2/3/2020 | CEE-BM Pictures of Blue Pipe Shipments (4)[113- ]2107 (7401) | Public Version |
| 21 | 2/6/2020 | TRLED CBP Email Notification Re Initiation (7401) - PV | Public Version |
| 22 | 2/6/2020 | TRLED Email To Base Metals Re: Notification of Initiation and Liquidation (7401) | Public Version |
| 23 | 2/13/2020 | TRLED Notice of Initiation of Investigation (7401) | Public Version |

| EAPA CASE NO. 7401 CIRCULAR WELDED STEEL PIPES AND TUBES |||||
|---|---|---|---|
| PUBLIC DOCUMENT INDEX |||||
| 24 | 2/29/2020 | TRLED RFI to Blue Pipe (7401) | Public Version |
| 25 | 2/29/2020 | TRLED RFI to Saha Thai Producer (7401) | Public Version |
| 26 | 3/3/2020 | Blue Pipe - Extension Request For RFI Response (7401) | Public Document |
| 27 | 3/3/2020 | Blue Pipe Resubmission of RFI Response (7401) | Public Version |
| 28 | 3/3/2020 | Saha Thai Extension Request to Respond to RFI (7401) | Public Document |
| 29 | 3/3/2020 | Saha Thai Notice of Appearance (7401) | Public Document |
| 30 | 3/5/2020 | TRLED Response to 15-Day Extension Request to Blue Pipe RFI Response (7401) | Public Document |
| 31 | 3/18/2020 | Saha Thai 2nd Extension Request to respond to RFI (7401) | Public Document |
| 32 | 3/19/2020 | Blue Pipe 2nd Extension Request to Respond to RFI (7401) | Public Document |
| 33 | 3/20/2020 | TRLED Response To Blue Pipe 2nd Extension Request (7401) | Public Document |
| 34 | 3/20/2020 | TRLED Response To Saha Thai 2nd Extension Request (7401) | Public Document |
| 35 | 4/8/2020 | Saha Thai 3rd Extension Request (7401) | Public Document |
| 36 | 4/8/2020 | Saha Thai General Ledger Report (7401) | Public Version |
| 37 | 4/9/2020 | Blue Pipe Exhibits Part 1 Resubmission (7401) | Public Version |
| 38 | 4/9/2020 | Blue Pipe Exhibits Part 2 Resubmission (7401) | Public Version |
| 39 | 4/9/2020 | Blue Pipe Exhibits Part 3_Resubmission (7401) | Public Version |
| 40 | 4/9/2020 | Blue Pipe Exhibits Part 4 Resubmission (7401) | Public Version |
| 41 | 4/9/2020 | Blue Pipe Exhibits Part 5 Resubmission (7401) | Public Version |
| 42 | 4/9/2020 | Blue Pipe Exhibits Part 6 Resubmission (7401) | Public Version |
| 43 | 4/9/2020 | Blue Pipe Exhibits Part 7 Resubmission (7401) | Public Version |
| 44 | 4/10/2020 | Saha Thai RFI Response (7401) | Public Version |
| 45 | 4/10/2020 | Saha Thai RFI Response Exhibits Part 1 (7401) | Public Version |
| 46 | 4/10/2020 | Saha Thai RFI Response Exhibits Part 2 (7401) | Public Version |
| 47 | 4/10/2020 | Saha Thai RFI Response Exhibits Part 3 (7401) | Public Version |
| 48 | 4/10/2020 | Saha Thai RFI Response Exhibits Part 4 (7401) | Public Version |

## EAPA CASE NO. 7401 CIRCULAR WELDED STEEL PIPES AND TUBES

PUBLIC DOCUMENT INDEX

| | | | |
|---|---|---|---|
| 49 | 4/10/2020 | Saha Thai RFI Response Exhibits Part 5 (7401) | Public Version |
| 50 | 4/24/2020 | Blue Pipe Exhibits Part 8 (7401) | Public Version |
| 51 | 4/24/2020 | Blue Pipe Narrative Questionnaire (7401) | Public Version |
| 52 | 4/24/2020 | Certification for Blue Pipe (7401) | Public Document |
| 53 | 5/11/2020 | Allegers' Extension Request to Submit Factual Information (7401) | Public Document |
| 54 | 5/13/2020 | TRLED Response to Petitioners' Extension Request for Submission of Factual Information (7401) | Public Document |
| 55 | 5/20/2020 | Blue Pipe Supplemental Follow Up Request for Information (7401) | Public Version |
| 56 | 5/20/2020 | Saha Thai Supplemental Request For Information (7401) | Public Version |
| 57 | 5/21/2020 | Saha Thai Extension Request for Supplemental Response (7401) | Public Document |
| 58 | 5/21/2020 | TRLED Response to Blue Pipe Extension Request for Supplemental Response (7401) | Public Document |
| 59 | 5/21/2020 | TRLED Response to Saha Thai Extension Request for Supplemental Response (7401) | Public Document |
| 60 | 5/26/2020 | Allegers' Comments and Rebuttal Factual Information (7401) | Public Document |
| 61 | 5/28/2020 | Blue Pipe Extension Request for Supplemental Response (7401) | Public Document |
| 62 | 5/28/2020 | TRLED Response to Blue Pipe Extension Request for Supplemental Response (7401) | Public Document |
| 63 | 5/29/2020 | Blue Pipe Certification (7401) | Public Version |
| 64 | 5/29/2020 | Saha Thai Supplemental Questionnaire Response (7401) | Public Document |
| 65 | 6/3/2020 | Blue Pipe Cover Letter to Supplemental RFI Response and Attachment Part 1. | Public Document |
| 66 | 6/3/2020 | Blue Pipe Supplemental Response Attachment Part 2 (7401) | Public Version |
| 67 | 6/3/2020 | Blue Pipe Supplemental Response Attachment Part 3 (7401) | Public Version |
| 68 | 6/3/2020 | Blue Pipe Supplemental Response Attachment Part 4 (7401) | Public Version |
| 69 | 6/3/2020 | Blue Pipe Supplemental Response Attachment Part 5 (7401) | Public Version |
| 70 | 6/3/2020 | Blue Pipe Supplemental Response Attachment Part 6 (7401) | Public Version |
| 71 | 6/3/2020 | Blue Pipe Supplemental Response Attachment Part 7 (7401) | Public Version |
| 72 | 6/3/2020 | Blue Pipe Supplemental RFI Re: 2019 Use for Trucking Expense Attch 9 (7401) | Public Version |

| EAPA CASE NO. 7401 CIRCULAR WELDED STEEL PIPES AND TUBES |||||
|---|---|---|---|
| PUBLIC DOCUMENT INDEX ||||
| 73 | 6/3/2020 | Blue Pipe Supplemental RFI Re List of Merchandise Purchased from Saha Thai Attch 2 - C3 (7401) | Public Version |
| 74 | 6/8/2020 | Allegers' Comments on Blue Pipe and Saha Thai Supplemental Responses (7401) | Public Document |
| 75 | | Intentionally Left Blank | |
| 76 | 6/8/2020 | Rebuttal Factual Info to Supplemental RFI Response of Blue Pipe (7401) | Public Document |
| 77 | 6/15/2020 | Allegers Ext. Request for Written Arguments (7401) | Public Document |
| 78 | 6/24/2020 | TRLED Response to Allegers' Extension Request for Written Arguments and Response to Written Arguments (7401) | Public Document |
| 79 | 6/30/2020 | Department of Commerce (DOC) Final Scope Ruling (7401) | Public Document |
| 80 | 7/2/2020 | Allegers' Second Extension Request Re: Written Arguments (7401) | Public Document |
| 81 | 7/6/2020 | TRLED Response to Allegers' Second Extension Request for Written Arguments (7401) | Public Document |
| 82 | 7/11/2020 | Allegers' Submission of Written Arguments (7401) | Public Version |
| 83 | 7/22/2020 | Saha Thai's Extension Request For Response to Written Arguments (7401) | Public Document |
| 84 | 7/22/2020 | TRLED - DOC Scope Ruling Dated June 30, 2020 (7401) | Public Document |
| 85 | 7/23/2020 | TRLED Rejection of Saha Thai Written Arguments (7401) | Public Document |
| 86 | 7/26/2020 | Blue Pipe's Response to Written Arguments and Comments to Scope Ruling (7401) | Public Version |
| 87 | 7/27/2020 | CEE-BM Lab Report A #[XXXXXXXXXX] Re Entry #[XXX-XXXX]7277 (7401) | Public Version |
| 88 | 7/27/2020 | CEE-BM Lab Report A #[XXXXXXXXXX] Re Entry #[XXX-XXXX]2107 (7401) | Public Version |
| 89 | 7/27/2020 | CEE-BM Lab Report B #[XXXXXXXXXX] Re Entry #[XXX-XXXX]2107 (7401) | Public Version |
| 90 | 7/27/2020 | CEE-BM Lab Report B #[XXXXXXXXXX] Re Entry #[XXX-XXXX]7277 (7401) | Public Version |
| 91 | 7/27/2020 | CEE-BM Lab Report C #[XXXXXXXXXX] Re Entry #[XXX-XXXX]2107 (7401) | Public Version |
| 92 | 7/27/2020 | CEE-BM Lab Report C #[XXXXXXXXXX] Re Entry #[XXX-XXXX]7277 (7401) | Public Version |
| 93 | 8/3/2020 | Allegers' Comments in Response To DOC Final Scope Ruling (7401) | Public Document |
| 94 | 8/3/2020 | TRLED Acknowledges Receipt of Petitioners Comments on Final Scope Ruling (7401) | Public Document |
| 95 | 9/3/2020 | TRLED Internal Notification, Final Determination and Final Measures (7401) | Public Version |
| 96 | 9/9/2020 | RAAAS - Summary of Facts and Analysis (7401) | Public Version |
| 97 | 9/11/2020 | TRLED Notice of Final Determination (7401) | Public Version |

EAPA CASE NO. 7401 CIRCULAR WELDED STEEL PIPES AND TUBES

PUBLIC DOCUMENT INDEX

| | | | |
|---|---|---|---|
| 98 | 10/23/2020 | Blue Pipe Request for Administrative Review Final (7401) | Public Document |
| 99 | 10/23/2020 | Blue Pipe's EAPA Administrative Review Request Email (7401) | Public Document |
| 100 | 10/26/2020 | Blue Pipe's EAPA Administrative Review Request – Notice of Receipt (7401) | Public Document |
| 101 | 10/27/2020 | Blue Pipe's EAPA administrative review request email (7401) | Public Document |
| 102 | 10/27/2020 | RR Email Re: Case number for Blue Pipe's EAPA Administrative review request (7401) | Public Document |
| 103 | 11/10/2020 | HQ Case No H314591 – Alleger's Email with Response to Request for Review (7401) | Public Document |
| 104 | 11/10/2020 | Alleger's Response to Administrative Review Request (7401) | Public Document |
| 105 | 1/27/2021 | HQ Case No H315691 Final Administrative Determination Email Notice (7401) | Public Document |
| 106 | 1/27/2021 | H315691 Final Administrative Review (7401) | Public Version |
| 107 | 1/27/2021 | H314591 CORRECTED PAGE 1 (7401) | Public Version |
| 108 | 2/1/2021 | Final Administrative Determination H314591 Correction Notice to Parties (7401) | Public Document |
| 109 | 3/19/2020 | Royal Thai Government Press Statement Re Covid 19 | Public Document |