UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BLUE PIPE STEEL CENTER CO., LTD., :<br>: <br>Plaintiff, :<br>:<br>v. :<br>:<br>UNITED STATES OF AMERICA; :<br>:<br>Defendant, :<br>:<br>WHEATLAND TUBE COMPANY and :<br>NUCOR TUBULAR PRODUCTS INC. :<br>:<br>Defendant-Intervenors. :<br>: | Court No. 21-00081 |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to Rule 56.2 of the Rules of the United States Court of International Trade, Plaintiff, Blue Pipe Steel Center Co., Ltd. ("Blue Pipe"), and Defendant, the United States, and Defendant-Intervenors, Wheatland Tube Company ("Wheatland") and Nucor Tubular Products Inc. ("Nucor"), we respectfully submit this Joint Status Report and Proposed Briefing Schedule.

**Joint Status Report**

Concerning the questions set forth in Rule 56.2, the parties state the following:

**1.    Does the Court possess jurisdiction to entertain this action?**

Plaintiff believes that this Court possesses exclusive jurisdiction to entertain this matter pursuant to 28 U.S.C. § 1581(c), as set forth in the complaint. Defendant and Defendant-Intervenors are unaware of any basis upon which to challenge the Court's jurisdiction at this time.

1

**2. Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons therefor?**

The parties are not aware of any cases that this case should be consolidated with or any portion of the case that should be severed.

**3. Should further proceedings in this case be deferred pending consideration of another case before the Court or any other tribunal, and the reasons therefor?**

The parties are in discussions whether the proceedings in this case should be stayed pending the outcome of this Court's decision in Court No. 20-00133, <u>Saha Thai Steel Pipe Public Co., Ltd. v. United States</u>. Plaintiff plans to submit a motion for stay shortly that will explain why a stay may be appropriate given the overlap in issues between the <u>Saha Thai</u> case and this case.

**4. Is there any other information of which the Court should be aware at this time?**

The parties are not aware of any other information of which the Court should be aware of at this time.

**Proposed Briefing Schedule**

After consultations, the parties agree that it would be appropriate to submit a proposed briefing schedule pursuant to Rule 56.2 in the event that Plaintiff's submitted motion for stay is denied.

Accordingly, the parties agree upon and propose the following briefing schedule:

1. Plaintiff shall file its motion for judgement on the agency record and brief in support thereof on or before July 28, 2021.

2. Defendant and Defendant-Intervenors shall file their responses on or before September 28, 2021.

3. Plaintiff shall file its reply on or before October 28, 2021.

4. Plaintiff shall file the Joint Appendix on or before November 11, 2021.

5. Motions for oral argument, if any, shall be filed on or before November 18, 2021.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Adams C. Lee<br>Adams C. Lee |
| Dated:  May 26, 2021 | HARRIS BRICKEN & SLIWOSKI LLP<br>600 Stewart Street, Suite 1200<br>Seattle, WA 98101<br>(206) 224-5657 |
|  | *Counsel to Blue Pipe Steel Center Co., Ltd.* |

/s/ In. K. Cho
IN K. CHO

Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-0463
Facsimile:  (202) 305-7644
Email:     In.K.Cho@usdoj.gov

*Counsel for Defendant*


/s/ Luke A. Meisner
Roger B. Schagrin
Luke A. Meisner
Michelle R. Avrutin

**Schagrin Associates**
900 Seventh Street, N.W.,
Suite 500
Washington, D.C.  20001
(202) 223-1700

*Counsel for Defendant-Intervenor Wheatland Tube Company*

3

/s/ Robert E. DeFrancesco, III
Alan H. Price, Esq.
Robert E. DeFrancesco, III, Esq.
Cynthia C. Galvez, Esq.
Elizabeth S. Lee, Esq.
Theodore P. Brackemyre, Esq.
John Allen Riggins, Esq.

**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006
(202) 719-7000

*Counsel for Defendant-Intervenor Nucor Tubular Products Inc.*