## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN

| | |
|---|---|
| BLUE PIPE STEEL CENTER CO., LTD., | : |
| Plaintiff, | : |
| v. | : Court No. 21-81 |
| UNITED STATES OF AMERICA; | : |
| Defendant, | : |
| WHEATLAND TUBE COMPANY and NUCOR TUBULAR PRODUCTS INC. | : |
| Defendant-Intervenors. | : |

### **ORDER**

On consideration of Plaintiff's unopposed motion for a stay of further proceedings in this action pending resolution of the appeal presently before this Court in *Saha Thai Steel Pipe Public Co. Ltd. v. United States*, Court No. 20-133 ("*Saha Thai*"), and on due deliberation, it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED**,

**ORDERED** that the parties' joint status report and request to set a briefing schedule found at E.C.F. No. 30, and filed on May 26, 2021, is **DENIED** as moot, and it is further

**ORDERED** that, within 14 days of the final decision in *Saha Thai*, the parties shall file a status report and proposed briefing schedule informing the Court of their positions on how the case should proceed.

/s/ Stephen Alexander Vaden
Judge

Dated:   June 2 , 2021