# UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

|   |   |
|---|---|
| BLUE PIPE STEEL CENTER CO., LTD.,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant,*<br><br>and<br><br>WHEATLAND TUBE COMPANY and NUCOR TUBULAR PRODUCTS INC.,<br><br>*Defendant-Intervenors.* | Court No. 21-00081 |

## DEFENDANT-INTERVENOR'S SUPPLEMENTAL BRIEF

| | |
|---|---|
| Alan H. Price, Esq.<br>Robert E. DeFrancesco, III, Esq.<br>Elizabeth S. Lee, Esq.<br>Theodore P. Brackemyre, Esq.<br><br>WILEY REIN LLP<br>2050 M Street NW<br>Washington, DC 20036<br>(202) 719-7000<br><br>*Counsel to Nucor Tubular Products Inc.* | Roger B. Schagrin, Esq.<br>Luke A. Meisner<br>Christopher T. Cloutier, Esq.<br><br>SCHAGRIN ASSOCIATES<br>900 Seventh Street, NW<br>Suite 500<br>Washington, DC 20001<br>(202) 223-1700<br><br>*Counsel to Wheatland Tube Company* |

June 2, 2025

**DEFENDANT-INTERVENOR'S SUPPLEMENTAL BRIEF**

Pursuant to the Court's March 19, 2025 order (ECF No. 70), Defendant-Intervenors Wheatland Tube Company and Nucor Tubular Products Inc. (collectively, "Defendant-Intervenors") submit this response to the supplemental brief filed by plaintiff Blue Pipe Steel Center Co. Ltd. ("Blue Pipe"). Pl. Blue Pipe's Suppl. Br., ECF No. 71 (Apr. 18, 2025) ("Pl. Suppl. Br.").

As an initial matter, Defendant-Intervenors consider that the supplemental brief filed by the United States convincingly explains why the Court should reject Blue Pipe's remaining argument. Def.'s Suppl. Br., ECF No. 72 (May 19, 2025) ("Gov't. Suppl. Br."). Defendant-Intervenors therefore incorporate the arguments of the government by reference.

As the government correctly observes, Blue Pipe's request that it be excused from paying duties from the date U.S. Customs and Border Protection ("CBP") initially suspended liquidation conflicts with not only the statute but also the decisions of this Court and the Court of Appeals for the Federal Circuit. *Id.* at 2-4. The government also correctly notes that Blue Pipe's supplemental brief ignores entirely the adverse statutory language and court decisions identified by the government in response to the same argument made earlier in this proceeding. *Id.* at 2 (citing Def.'s Resp. Opp'n Pl.'s Rule 56.2 Mot. J. Agency R., ECF No. 51 (Feb. 15, 2023), at 12-14). Blue Pipe's failure to address any of this statutory language or court decisions demonstrates not only a lack of candor but also legal merit. Pl. Suppl. Br. at 2.

In addition, the government is also correct that the scope of the antidumping duty order at issue here has never contained an exclusion for dual-stenciled pipe, unlike the scopes for antidumping duty orders covering imports from certain other countries. Gov't. Suppl. Br. at 5. Consequently, there was never any period of time when Blue Pipe's importation of standard pipe

bearing a stencil for line pipe was not covered by the scope for the antidumping duty order on circular welded pipe from Thailand. While Blue Pipe bases its entire argument on its own perception of "fairness" and contends that importers of dual-stenciled pipe lacked notice that such pipe was covered by the scope of the order from Thailand, this line of argument ignores that the addition of the superfluous stencil was intended solely to evade increased duties. Pl. Suppl. Br. at 2; *see also* Def.-Intervenor's Resp. Opp'n Rule 56.2 Mot., ECF No. 56 (Mar. 17, 2023), at 1. Blue Pipe was not caught unaware but rather red-handed, and the Court should not reward such chicanery by allowing Blue Pipe to avoid the payment of antidumping duties for any merchandise for which CBP appropriately suspended liquidation pursuant to its statutory authority.

## CONCLUSION

For the foregoing reasons, the Court should deny Blue Pipe's motion for judgment on the agency record.

Respectfully,

| | |
|---|---|
| */s/ Alan H. Price* | */s/ Christopher T. Cloutier* |
| Alan H. Price, Esq. | Roger B. Schagrin, Esq. |
| Robert E. DeFrancesco, III, Esq. | Luke A. Meisner, Esq. |
| Elizabeth S. Lee, Esq. | Christopher T. Cloutier, Esq. |
| Theodore P. Brackemyre, Esq. | |
| | SCHAGRIN ASSOCIATES |
| WILEY REIN LLP | 900 Seventh Street, NW |
| 2050 M Street NW | Suite 500 |
| Washington, DC 20036 | Washington, DC 20001 |
| (202) 719-7000 | (202) 223-1700 |
| | |
| *Counsel to Nucor Tubular Products Inc.* | *Counsel to Wheatland Tube Company* |

Dated: June 2, 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the word limitation of the Court of International Trade Standard Chambers Procedures § 2(B)(1) and contains 459 words, excluding parts of the brief exempted from the word limitation, according to the word count function of Microsoft Word used to prepare this brief.

>  /s/ Christopher T. Cloutier
>  Christopher T. Cloutier

Dated: June 2, 2025