## UNITED STATES COURT OF INTERNATIONAL TRADE

BLUE PIPE STEEL CENTER CO., LTD.,

          Plaintiff,

     v.

UNITED STATES OF AMERICA,

          Defendant,

    and

WHEATLAND TUBE COMPANY, et al.,

          Defendant-Intervenors.

**Court No. 21-00081**

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Stephen Alexander Vaden, is hereby reassigned to the Honorable Timothy M. Reif.

Dated at New York, New York, this 7th day of July, 2025.

             /s/ Mark A. Barnett
              Mark A. Barnett
              Chief Judge