## UNITED STATES COURT OF INTERNATIONAL TRADE

**BLUE PIPE STEEL CENTER CO., LTD.,**

    Plaintiff,

v.

**UNITED STATES,**

    Defendant,

and

**WHEATLAND TUBE COMPANY AND NUCOR TUBULAR PRODUCTS INC.,**

    Defendant-Intervenors.

**Before: Timothy M. Reif, Judge**

**Court No. 21-00081**

## JUDGMENT

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion, now in conformity with that opinion, it is hereby

**ORDERED** that the Final Determination of evasion and the Review affirming the Final Determination by U.S. Customs and Border Protection are **SUSTAINED**; and it is further

**ORDERED** that judgment is entered for defendant.

**SO ORDERED.**

                                                  /s/     Timothy M. Reif
                                                      Judge

Dated: September 25, 2025
       New York, New York